JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SILVIA RODRIGUEZ, an individual, | Case No: 2:21-CV-04239 RGK (RAOX) |
| Plaintiff, | Assigned to District Judge R. Gary Klausner and Magistrate Judge Rozella A. Oliver (Complaint filed on October 15, 2020) |
| v. | |
| COSTCO WHOLESALE CORPORATION, a Washington Corporation; ADRIAN DOE, an individual; and DOES 1-25, inclusive, | ~~[PROPOSED]~~ **ORDER RE JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE** [72] |
| Defendants. | |

Having considered the Parties' Joint Stipulation for Dismissal of the Entire Action without Prejudice, and finding that good cause exists, the Court hereby ORDERS that Plaintiff's case 2:21-CV-04239 RGK (RAOX) is hereby **DISMISSED** without prejudice in its entirety.

**IT IS SO ORDERED.**

DATED:   March 29, 2022

Judge R. Gary Klausner
UNITED STATES DISTRICT JUDGE

-1-